UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-1353__      Caption: __Raina Connor v. Tavares Thompson, et al__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__The Ohio Casualty Insurance Company__
(name of party/amicus)

who is _____Appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   See Attachment A - Corporate Disclosure

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ J. Nicholas Ellis  Date: 04/14/2015

Counsel for: Appellants

# CERTIFICATE OF SERVICE
**************************

I certify that on 04/14/2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Hoyt G. Tessener
G. Christopher Olson
MARTIN & JONES, PLLC
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603

/s/ J. Nicholas Ellis                                           04/14/2015
(signature)                                                        (date)

# Attachment A
# The Ohio Casualty Insurance Company
# Corporate Disclosure

The Ohio Casualty Insurance Company is a company organized under the laws of the State of Ohio and its home office* is 9450 Seward Road, Fairfield, Ohio.

- The Ohio Casualty Insurance Company is wholly owned by Ohio Casualty Corporation.
- Liberty Mutual Insurance Company owns 78%, Liberty Mutual Fire Insurance Company owns 6%, Peerless Insurance Company owns 8% and Employers Insurance Company of Wausau owns 8% of the stock of Ohio Casualty Corporation.

Ownership of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau –
- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

Ownership of Peerless Insurance Company –
- Liberty Mutual Agency Corporation owns 100% of the stock of Peerless Insurance Company.
- Liberty Insurance Holdings, Inc. owns 100% of the stock of Liberty Mutual Agency Corporation.
- Liberty Mutual Insurance Company owns 93.06%, Liberty Mutual Fire Insurance Company owns 2.892% and Employers Insurance Company of Wausau owns 4.048% of the stock of Liberty Insurance Holdings, Inc.
- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and Employers Insurance Company of Wausau.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

* This is the company's statutory home office as listed on regulatory filings. It may not coincide with the company's principal place of business under other legal tests. Please consult your Corporate or Claims Legal attorney with questions and alert outside counsel accordingly.