Filed: July 21, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## AMENDED BRIEFING ORDER - CIVIL
_____

No. 15-1353,   Raina Connor v. Tavares Thompson
              5:12-cv-00701-H

Briefing shall proceed on the following amended schedule:

Opening brief and Joint Appendix due: 08/11/2015

The court defers scheduling of the response and reply briefs pending further consideration of the motion to dismiss after appellants' opening brief and joint appendix are filed.

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov). All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs pursuant to Local Rules 28(a) and 28(d).

Failure to file an opening brief within the scheduled time will lead to dismissal of the case pursuant to Local Rule 45 for failure to prosecute; failure to file a response brief will result in loss of the right to be heard at oral argument and may lead to imposition of sanctions if counsel has failed to comply with the court's directives. The court discourages motions for extension of time and grants extensions of the briefing schedule only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c). If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.

/s/ PATRICIA S. CONNOR, CLERK
By: Michael Radday, Deputy Clerk