RECORD NO. 15-1353
UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RAINA CONNOR, Administratrix of the Estate of Adam Wade Carter,

Plaintiff,

vs.

TAVARES THOMPSON, in his official and individual capacities; WAKE COUNTY SHERIFF DONNIE HARRISON, in his official and individual capacities; THE OHIO CASUALTY INSURANCE COMPANY, as surety,

Defendants.

From the Eastern District
of North Carolina

No. 5:12-CV-701

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFENDANT-APPELLANTS' MOTION FOR LEAVE TO FILE
PHYSICAL EXHIBIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COME Defendant-Appellants, by and through their undersigned counsel, and move this Honorable Court, in accordance with Rule 28(b) of the Fourth Circuit Rules of Appellate Procedure, for leave to file a physical exhibit as an additional item attached to the Joint Appendix. Defendant-Appellants move to file a disc containing an audio file of the recorded emergency call to the Wake

County Sheriff's Department 911 Call Center on February 11, 2012, that was filed as an exhibit to the Affidavit of Lt. Heidi Steinbeck (D.E. #59).  Copies of the disc have been provided to the Court and opposing counsel, who consent to the filing of this audio file.

WHEREFORE, Defendant-Appellants move this Court to allow said disc to be deemed an exhibit to the Joint Appendix.

This the 10th day of August, 2015.

**POYNER SPRUILL LLP**

By:  /s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No.:  13484
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.6400
Email: jnellis@poynerspruill.com

By:  /s/ Caroline P. Mackie
Caroline P. Mackie
N.C. State Bar No. 41512
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.6400
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to Rule 5 of the Federal Rules of Civil Procedure, that the foregoing **DEFENDANT-APPELLANTS' MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Hoyt G. Tessener
> G. Christopher Olson
> MARTIN & JONES, PLLC
> 410 Glenwood Avenue, Suite 200
> Raleigh, North Carolina 27603

This the 10th day of August, 2015.

**POYNER SPRUILL LLP**

By: /s/ J. Nicholas Ellis
J. Nicholas Ellis
N.C. State Bar No.: 13484
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: 919.783.6400
Email: jnellis@poynerspruill.com
*Attorneys for Defendants*

3