FILED: August 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1353
(5:12-cv-00701-H)

_____

RAINA CONNOR, Administratrix of the Estate of Adam Wade Carter

      Plaintiff - Appellee

v.

TAVARES THOMPSON, in his official and individual capacities; WAKE COUNTY SHERIFF DONNIE HARRISON, in his official and individual capacities; THE OHIO CASUALTY INSURANCE COMPANY

      Defendants - Appellants

and

XYZ CORPORATION, in its capacity as Surety on the official bond of the Sheriff of Wake County; JOHN AND JANE DOES 1-10, individually and in their official capacities as Deputy Sheriffs of Wake County; WAKE COUNTY; ASHLEY STEINBERGER; KELLY MITCHELL

      Defendants

_____

O R D E R
_____

The court grants the motion for leave to file physical exhibit as an exhibit volume of the joint appendix.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk