IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-701-H

| | |
|---|---|
| RAINA CONNER, Administratrix of the Estate of Adam Wade Carter,<br><br>    Plaintiff,<br><br>v.<br><br>WAKE COUNTY, SHERIFF DONNIE HARRISON, in his official and individual capacities, TAVARES THOMPSON, in his official and individual capacities, KELLY S. MITHCELL, in her official and individual capacities, JOHN AND JANE DOES 1-10, Individually and in their official capacities as Deputy Sheriffs of Wake County, and THE OHIO CASUALTY INSURANCE COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Wake County,<br><br>    Defendants. | **ORDER** |

    This matter is before the court on its own motion. In light of the pending interlocutory appeal in this matter, it is hereby continued from the court's October 13, 2015, civil term. This matter will be scheduled for pretrial conference during the

court's February 16, 2016, civil term. A specific trial date will be set at or following the pretrial conference, with trial to commence no sooner than two (2) weeks after the pretrial conference.

    This 3rd day of September 2015.

*[signature]*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26