FILED: September 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1353

(5:12-cv-00701-H)

_____

RAINA CONNOR, Administratrix of the Estate of Adam Wade Carter

  Plaintiff - Appellee

v.

TAVARES THOMPSON, in his official and individual capacities; WAKE COUNTY SHERIFF DONNIE HARRISON, in his official and individual capacities; THE OHIO CASUALTY INSURANCE COMPANY

  Defendants - Appellants

and

XYZ CORPORATION, in its capacity as Surety on the official bond of the Sheriff of Wake County; JOHN AND JANE DOES 1-10, individually and in their official capacities as Deputy Sheriffs of Wake County; WAKE COUNTY; ASHLEY STEINBERGER; KELLY MITCHELL

  Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 10/08/2015

Any reply brief: 14 days from service of response brief.

                                        For the Court--By Direction

                                        <u>/s/ Patricia S. Connor, Clerk</u>